THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERMAN LEVINE, Appellant.

Argued March 6, 1953; decided April 16, 1953.

*Arthur Cooperman* for appellant.

*Frank S. Hogan, District Attorney (Harold Roland Shapiro* and *Charles W. Manning* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.